TUVOJÞÃÕÜŒÞVÒÖ

*Kevin H. Sharp*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | |
| | ] | |
| **v.** | ] | **No. 3:13-00114** |
| | ] | **Judge Sharp** |
| **CRUZ ALEJANDRO AVENDANO** | ] | |

---

## MOTION TO EXTEND DEADLINE FOR FILING OF WAIVER BY FORTY-EIGHT (48) HOURS

---

Comes now undersigned counsel and hereby respectfully moves this Honorable Court to allow him to file the speedy trial waiver approximately 1-2 days after the deadline announced by the Court in docket entry 42. For cause, counsel would state and show the following:

(1)     The Defendant, Mr. Avendano, does not speak English. He is currently being housed in the Grayson County Jail in Leitchfield, Kentucky.

(2)      Counsel had planned on visiting Mr. Avendano last weekend (September 1) but was unable to due to family illness.

(3)     Counsel had hoped to visit Mr. Avendano today, September 3, 2013, but was unable to find an interpreter on such short notice.

(4)     Based on the above difficulties, undersigned counsel has requested the U.S. Marshalls bring Mr. Avendano to Nashville on Thursday, September 5, 2013. This was the earliest counsel could schedule such a trip.