UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00114 |
| | ) | JUDGE SHARP |
| CRUZ ALEJANDRO AVENDANO | ) | |

# O R D E R

Pending before the Court is Defendant's Motion to Set Change of Plea Hearing (Docket No. 77).

The motion is GRANTED and a change of plea hearing is hereby scheduled for Thursday, May 22, 2014, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE