UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00114-3 |
| | ) | JUDGE SHARP |
| CRUZ ALEJANDRO AVENDANO | ) | |

# O R D E R

Pending before the Court is the Government's Motion to Continue Sentencing Hearing (Docket No. 97) to which the Defendant does not oppose.

The motion is GRANTED and the sentencing set for August 25, 2014, is hereby rescheduled for Friday, September 19, 2014, at 2:00 p.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE