# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| v. | ] | No. 3:13-cr-114 |
| | ] | JUDGE SHARP |
| CRUZ AVENDANO | ] | |

### DEFENDANT'S MOTION TO FILE SENTENCING POSITION ONE DAY LATE

Comes now the Defendant Cruz Avendano, by and through undersigned counsel, and hereby moves this Honorable Court to allow him to file the attached Sentencing Position one day late. For cause, undersigned counsel would state and show that he simply misread his calendar, and believed, until today, that the sentencing hearing was scheduled on October 24th, 2014. When preparing his calendar for next week, undersigned counsel realized he was wrong by one day. Accordingly, the attached sentencing position, if accepted, would be one day late. Counsel contacted the Assistant United States Attorney prosecuting the case, Hal McDonough. Mr. McDonough advised he has no objection to the late filing. Counsel apologizes for the error.

Respectfully submitted,

\_\_s/Patrick Frogge
Patrick Frogge
BELL, TENNENT & FROGGE
Bank of America Plaza
414 Union Street, Suite 904
Nashville, Tennessee 37219
615-244-1110 (telephone)
615-244-1114 (facsimile)
patrick@btflaw.com